|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN CURTIS HALFORD,<br><br>　　　　Defendant. | Case No. 2:18-cr-053-KJD-NJK<br><br>**<u>ORDER</u>** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

　　　IT IS THEREFORE ORDERED that the restitution hearing currently scheduled for Tuesday, December 18, 2018 at 9:00 a.m., be vacated and an order of restitution be entered into the record.

　　　DATED this __18th__ day of December, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# EXHIBIT A

EXHIBIT A

U.S. v. Stephen Curtis Halford
2: 18-CR-00053-KJD-NJK
**Restitution List**

Deborah A. Bianco in trust for "Jessy"    $ 5,000.00
███████████████████████
Bellevue, Washington ████